Eastern District of Kentucky
**F I L E D**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

DEC 18 2017

**Covington Division**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

HASSAN CRAWFORD,    Civil Action No. 17-229-JMH

Plaintiff,

v.

ACTION FINANCIAL SERVICES et. al.,

Defendant.

**(JURY DEMAND ENDORSED HEREIN)**

## COMPLAINT

Plaintiff Hassan Crawford alleges as follows:

### The Parties

1. At all times herein after mentioned, plaintiff is and was a resident of Southgate, Kentucky.

2. Defendant, ACTION FINANCIAL SERVICES et. al., is a corporation incorporated under the laws of Oregon and having a main office at 4894 N Runway Dr. Suite 103, Central Point, OR 97502.

3. Defendant, ACTION FINANCIAL SERVICES et. al., is registered with the Oregon Secretary of State as a Foreign Corporation doing business in Oregon and has designated a registered agent: Rebecca Dillon and Doe's 1-10 Registered Agent(s), 4894 N Runway Dr. Suite 103, Central Point, OR 97502.

### Jurisdiction

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

### Defendant's Statutory Violations

5. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (Transunion, Equifax, Experian, Innovis) as defined by 15 U.S.C. § 1681a.

6. Plaintiff has disputed the accuracy of the derogatory information reported by the Defendant on and around three separate occasions via email. See attachments.

7. Defendant has not responded to Plaintiff's letters of dispute by providing evidence of the alleged debt to Plaintiff nor to the Consumer Reporting Agencies.

8. Defendant has not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. § 1681s-2 which requires this notice.

9. Defendant has failed to comply with 15 U.S.C. § 1692g in that it has not within 5 days of Plaintiff's initial communication (nor at any other time) sent Plaintiff written documentation of the amount of the debt, the name of the original creditor nor other information required by the Fair Credit Reporting Act and Fair Debt Collection Practices Act.

10. Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff as required by 15 U.S.C. § 1681s-2.

11. Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the 5 days required by 15 U.S.C. § 1681s-2, nor at any other time.

**Prayer for Relief**

12. WHERFORE,

Plaintiff seeks a reasonable and fair judgment against defendant(s) for willful noncompliance of the Fair Credit Reporting Act, Fair Debt Collection Practices Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

$1,000 for actual damages

$25,000 in punitive damages

Any further relief which the court may deem appropriate.

Respectfully Submitted,

Hassan Crawford

Plaintiff, Pro Se

133 W. Walnut St. #2
Southgate, KY 41071
(513)492-1049
he4less@gmail.com

## JURY DEMAND

Plaintiff respectfully demands a trial by jury on all issues so triable in this lawsuit.

Dated this  14th  day of December, 2017.

By: *[signature]*