*Exhibit A*

**Validation Request** November 17, 2017

Rebecca L. Dillon
Action Financial Services, LLC
4894 N. Runway Dr. Suite 103
Central Point, OR 97502

Re:

To Whom It May Concern:

This letter is being sent to you in response to a listing from Rebecca L. Dillon and Action Financial Services, LLC that I discovered on my credit report on and around November 2017. Be advised this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (8), stating your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above-named Title and Section. I respectfully request your offices provide me with competent evidence that I have any legal obligation to pay you.

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you and your client for the following:

Violation of the Fair Credit Reporting Act

Violation of the Fair Debt Collection Practices Act

Defamation of Character

If your offices are able to provide the proper documentation as requested in this letter, I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit.

**Please provide the following:**

**Original wet ink agreement with Terms and conditions (Highlighted)**

**Agreement with the creditor that authorizes you to collect on this alleged debt**

**The agreement bearing my wet ink signature stating that I have agreed to assume the debt**

1

Exhibit A1

**Original debt agreement stating the amount of the debt and interest charges**

**Proof that the Statute of Limitations has not expired**

**Complete payment history on this account along with an accounting of all additional charges being assessed**

**Show me that you are licensed to collect in my state; and**

**Your license numbers and Registered Agent**

This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated. If your office fails to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no further telephone contact be made by your offices to my home or to my place of employment and especially NO home visits. If your offices continue to attempt telephone communication with me it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the email address noted in this letter.

It would be advisable that you and your client assure that your records are in order before I am forced to take legal action.

he4less@gmail.com

Best Regards,

By: *Hassan - Crawford*
authorized representative

2