Exhibit B

Date: November 27, 2017        Intent to Sue

Hassan Crawford
133 W. Walnut St. #2
Southgate, Ky 41071

Rebecca Dillon
Action Financial Services, LLC
4894 N. Runway Dr. Suite 103
Central Point, OR 97502

RE: Alleged Account #xxxx-xxxx-xxxx

To Whom it May Concern,

Your offices has failed to send the legally required validation of this debt. You have been notified that your actions are detrimental to me and that your offices has violated (including but not limited to) the **Consumer Credit Protection Act, the Fair Credit Reporting Act, and the Fair Debt Collection Practices Act.**

Your offices knew or should have known that the actions taken against me and the information collected about me was inappropriate and damaging to me.

Failed to use reasonable care in the course of business and failed to use even minimal procedures to ensure that I was not harmed.

Communicated and are continuing to communicate incorrect and defamatory information to third parties including but not limited to: Equifax, Experian, and Trans Union.

As a result of these blatantly reckless, wanton, and intentional acts, I have suffered and continue to suffer general and specific damages. I am also very upset at your office's intentional infliction of emotional distress and at the other diminishes of the quality of my life.

I am now demanding the immediate and complete removal of this trade line from my credit reports (Equifax, Experian, and Trans Union).

As I am currently attempting to apply for credit, time is of the essence. Please understand that I am extremely concerned about the consequences of the actions your offices is having on my life. Please be advised that, if this matter is not resolved by November 30, 2017, I will take any and all necessary steps to protect my rights.

Thank you in advance for your attention to this matter.

Sincerely,

By: ___Jassen Crawford___

authorized representative

Exhibit B1