

**Instructions**

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

**Click-N-Ship® Label Record**

USPS TRACKING # :
9405 5036 9930 0150 5206 24

| | |
|---|---|
| Trans. #: 422147494 | Priority Mail® Postage: $6.65 |
| Print Date: 12/14/2017 | Total $6.65 |
| Ship Date: 12/14/2017 | |
| Expected Delivery Date: 12/15/2017 | |

From:  HASSAN CRAWFORD
 133 W WALNUT ST
 APT 2
 SOUTHGATE KY 41071-3152

To:  US DISTRICT COURT CIVIL COURT CLERK
 35 W 5TH ST
 COVINGTON KY 41011-1401

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com