Eastern District of Kentucky
**F I L E D**

MAR 0 1 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

**Covington Division**

HASSAN CRAWFORD,

Plaintiff,

v.

ACTION FINANCIAL SERVICES et.al.,

Defendant.

Civil Action No.   2:17-cv-00229-DLB-CJS
**PLAINTIFFS NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Hassan Crawford, by and through counsel, pursuant to Fed. R. Civ. P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal of Defendant(s) ACTION FINANCIAL SERVICES et.al. (the"Defendant(s)" from this proposed action without prejudice. Plaintiff moves that an Order be entered granting approval of the voluntary dismissal of the Defendant(s) without prejudice and without notice in accordance with the provisions of Fed. R. Civ. P. 23(e).

In support of this motion, Plaintiff states as follows:

1. The Defendants were named in this action in Plaintiff's Complaint filed on October15, 2010.
2. This Court has subject matter jurisdiction with respect to all claims asserted againsteach of the Defendants in this action.
3. The Defendants have not filed an answer or motion for summary judgment.
4. No motion for class certification has yet been filed in this action.

WHEREFORE, Plaintiff respectfully moves for an Order approving the voluntary dismissalof this Action without prejudice and without notice pursuant to Fed. R. Civ. P. 23(e).

DATED: February 26, 2018

Respectfully Submitted,

*By: Hassan Crawford*
Hassan Crawford
Plaintiff, Pro Se
133 W. Walnut St. #2
Southgate, Ky 41071
(859)916-5896
he4less@gmail.com

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to the parties listed below via email on February 27, 2018:

Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
Suite 100
Beavercreek, OH 45431
bgentry@boydgentrylaw.com
*Counsel for ACTION FINANCIAL SERVICES et. al.*

By: Hassan - Crawford
Hassan Crawford
*Plaintiff, Pro Se*