Eastern District of Kentucky
**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

MAR 0 1 2018

**Covington Division**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

HASSAN CRAWFORD,            Civil Action No. __2:17-cv-00229-DLB-CJS__
                                                                 **NOTICE OF SETTLEMENT**

Plaintiff,

v.

ACTION FINANCIAL SERVICES et.al.,

Defendant.

**NOTICE OF SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties in the above-captioned action have reached an agreement to settle all claims between Plaintiff and Defendant(s) ACTION FINANCIAL SERVICES et.al..

Respectfully Submitted,

By: *Hassan Crawford*

Hassan Crawford
Plaintiff, Pro Se
133 W. Walnut St. #2
Southgate, Ky 41071
(859)916-5896
he4less@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to the parties listed below via email on February 27, 2018:

Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
Suite 100
Beavercreek, OH 45431
bgentry@boydgentrylaw.com
*Counsel for ACTION FINANCIAL SERVICES et. al.*

By: *Hassan Crawford*
Hassan Crawford
*Plaintiff, Pro Se*